NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**NUVASIVE, INC.,**
*Appellant,*

v.

**WARSAW ORTHOPEDIC, INC.,**
*Cross-Appellant.*

-------------------------------

**WARSAW ORTHOPEDIC, INC.,**
*Appellant,*

v.

**NUVASIVE, INC.,**
*Appellee.*

---

15-1049
(Serial no. IPR2013-00206 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

_____

ON MOTION

O R D E R

Upon consideration of the Appellant's unopposed motion to extend time to file its principal brief until February 13, 2015,

    IT IS ORDERED THAT:

    The motion is granted.

                                           FOR THE COURT

December 10, 2014            /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court